Juan Carlos GARCIA–REYES, aka,
Juan Carlos Garcia, Petitioner,

v.

John ASHCROFT, Attorney
General, Respondent.

No. 00–71601.

INS No. A72–273–959.

United States Court of Appeals,
Ninth Circuit.

Argued and Submitted Aug. 7, 2002.

Decided Aug. 26, 2002.

Before T.G. NELSON, PAEZ, and
TALLMAN, Circuit Judges.

ORDER *

The petition is dismissed for lack of
jurisdiction.

The petitioner waived his right to appeal
the decision of the Immigration Judge and
thus failed to exhaust his administrative
remedies, depriving this court of jurisdic-
tion to review his order of removal.[1]  In
addition, the petitioner failed to raise the
issue of the validity of his waiver before
the Board of Immigration Appeals, depriv-
ing this court of jurisdiction to review the
validity of his waiver.[2]

DISMISSED.

* This disposition is not appropriate for publica-
tion and may not be cited to or by the courts
of this circuit except as provided by Ninth
Circuit Rule 36–3.

1.  *Joo v. INS,* 813 F.2d 211, 212 (9th Cir.1987)
(per curiam);  8 U.S.C. § 1252(d)(1).

2.  *Ochave v. INS,* 254 F.3d 859, 867 n. 3 (9th
Cir.2001).